# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 17, 2014

To:
Laura A. Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis , IN 46204-0000

| | |
|---|---|
| No.: 14-2168 | AARON ISRAEL, <br> Plaintiff - Appellant <br><br> v. <br><br> RICHARD BROWN, et al., <br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:11-cv-01155-RLY-MJD <br> Southern District of Indiana, Indianapolis Division <br> District Judge Richard L. Young ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

CHOOSE ONE OF THE FOLLOWING:       no record to be returned

DATE OF COURT ORDER:       08/15/2014

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**

9/17/14

_____

**Received by:**

_____

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

September 17, 2014

| No.: 14-2168 | AARON ISRAEL,<br>Plaintiff - Appellant<br><br>v.<br><br>RICHARD BROWN, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-01155-RLY-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young ||

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on August 15, 2014 and was given fourteen (14)days to pay the $505.00 filing fee. The pro se appellant has not paid the $505.00 appellate fee. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $505.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. <u>Newlin v. Helman</u>, 123 *F.3d 429, 433* (7th Cir. 1997).

form name: **c7_PLRA_3bFinalOrder**(form ID: **142**)

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit